# Court of Appeals
# of the State of Georgia

ATLANTA,   May 22, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1716. QUILLIAN DEMOND SMITH v. THE STATE.**

In November 1994, Quillian Demond Smith pled guilty to kidnapping, aggravated assault, and attempted armed robbery. The trial court sentenced Smith to twenty years for kidnapping with ten to serve; twenty years probation for aggravated assault to be served consecutively to the kidnapping sentence; and ten years for attempted armed robbery to serve concurrent to the kidnapping sentence. Following his release from prison, Smith's probation was revoked.[1]

In February 2012, Smith filed a "Petition for Motion to Correct Probation Revocation Sentence" in which he challenged the revocation of his probation and the subsequent sentence. The trial court denied the motion, and Smith filed this appeal. Because the underlying subject matter of the appeal is the revocation of Smith's probation, he was required to file an application for discretionary appeal in order to appeal. OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998). The fact that Smith also challenged his original sentence does not alter this requirement. See id. Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.

---

[1] Because the sparse record does not contain the petition for revocation or the revocation order, the exact basis for revocation and the time revoked are unknown.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,* 05/22/2012
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*